LILLIAN NELSON v. STOP AND SHOP COMPANIES, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 25 Conn. App. 637, is denied.

*Cynthia C. Bott,* in support of the petition.

*Dion W. Moore,* in opposition.

Decided October 9, 1991

STATE OF CONNECTICUT v. JAMES R. WELCH, SR.

The state of Connecticut's petition for certification for appeal from the Appellate Court, 25 Conn. App. 270, is granted, limited to the following issue:

"Following a reversal of a judgment of conviction on the ground that a count was improperly added under Practice Book § 624, should the rescript direct a judgment of acquittal on remand, as was done in *State* v. *Jacobowitz,* 182 Conn. 585, 594 (1981), or should it direct a new trial on that count?"

*Mitchell S. Brody,* assistant state's attorney, in support of the petition.

*Richard Emanuel,* assistant public defender, in opposition.

Decided October 16, 1991